■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHIEU BURKS, Appellant. [844 NYS2d 162]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (DiBella, J.), imposed May 4, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Ritter, Skelos and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDY DOMINGUEZ, Appellant. [840 NYS2d 875]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered April 24, 2006, convicting him of attempted criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Crane, J.P., Santucci, Florio, Dillon and Balkin, JJ., concur.